Michael Amaral #04580-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

December 17, 2005

Honorable Ernest C. Torres
United States District Court
District of Rhode Island
RE: Letter/Motion To Adjust fine Payment
U.S. V. Amaral,
Case No.02-CR-56-ALL

Honorable Judge Torres:

Please let this letter serve in lieu of a motion to respectfully request this Honorable Court ORDER the U.S. Attorney's Office to cease enforcing the fine provisions of my sentence in violation of the Judgment and Commitment ORDER of this court in the above captioned case.

The facts are presented in the attached sworn affidavit. At the sentencing in the above captioned case, this court ORDERED that the defendant pay a fine, proportionately, **while on Supervised Release**.

While I was maintaining this obligation, timely, unfortunately, I was incarcerated subsequently pled guilty to a crime. At the Superivsed Release violation hearing, this court "revoked" my Supervised Release, which should render the fine obligation stayed until I return to Supervised Release. Since I have been incarcerated again and no hearing was held to determine that I was able to continue the obligation while incarcerated, it would defy logic, common sense and the Judgment and Commitment ORDER to allow the U.S. Attorney's Office to hold me liable. Moreover, the U.S. Attorneys Office is continuing to accrue interest on this payment under my current circumstances. (See attached pay statement)

It is hard to imagine a more immoral, unethical and illegal standard than the U.S. Attorney's Office is attempting to apply. A man's family is already deprived and an attempt to further the deprivation and have a person return to society in debt is contrary to the system of American Jurisprudence. Please let this letter/motion serve as a respectful request to stay the fine provisions until I have returned to Supervised Release or in the alternative hold a hearing to decide what rules should apply. There is a payment due on **December 23, 2005** and would greatly appreciate this court not allow the collection through the the B.O.P's payment plan (FRP) until this situation is resolved through this court.

Thank you for your kindness and consideration in this matter.

Yours Truly,

Michael Amaral

Michael Amaral 04580-070

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

Case No.
1:98CR00048-01T

MICHAEL AMARAL

AFFIDAVIT

State of New York
County of Orange

SS.:

AFFIDAVIT IN SUPPORT OF MOTION TO ADJUST FINE PAYMENT

I, Michael Amaral, being duly sworn, upon oath, deposes and say:

1. I am the defendant in the above captioned case.

2. I was assessed a fine of $6,693.28 in the above captioned case.

3. I was ORDERED by this court, upon suggestion from the Administrative Office of the U.S. Courts, to pay $3,247.10, plus interest, per year **"of Supervised Release."**

4. I was told to pay this amount in increments of $270.59 per month, "while on Supervised Release."

5. At a hearing in this court my Supervised Release from the above captioned case was "revoked" and additional Supervised Release added upon release from my current conviction.

6. I was never told that if I was incarcerated that my obligation to pay while on Supervised release would continue if I was to be incarcerated.

7. I was never given a hearing to assess my financial

circumstances or ability to maintain the agreement while incarcerated.

8. On or about October 29, 2005 I received a notice from the U.S. Attorney's Office, District of Rhode Island, stating a balance due of $6,895.56 in the above captioned case.

9. This balance is inclusive of interest accrued while I have been incarcerated on May 21, 2002.

10. On or about March or April, 2002 I made my final payment of $270.59, timely, then I was arrested on my present case.

11. After my arrest on May 21, 2002 I had received no prior notice of any readjustment in my payments due to no longer being on Supervised Release.

12. I declare under the penalty of perjury, 28 U.S.C. § 1746 that the foregoing assertions are true to the best of my knowledge and recollection.

Respectfully Submitted,

Michael Amaral #04580-070

12/15/05
Dated

DANIELLE M. SPERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 4966087
Qualified in Orange County
Commission Expires April 30, 2006

Office of the United States Attorney
District of Rhode Island
50 Kennedy Plaza - 8th Floor
Providence, Rhode Island 02903

*For inquiries regarding debt call:* [401] 709-5000

Michael Amaral
Register No: 04580-070
P.O. Box 600
Otisville FCI
Otisville, NY 10963

# U.S. DEPARTMENT OF JUSTICE ADMINISTRATIVE OFFSET NOTICE

| | |
|---|---|
| DATE OF NOTICE | October 24, 2005 |
| USAO NUMBER | 1999Z00019/003 |
| TAX ID NUMBER | 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 |
| BALANCE DUE | $6,895.56 |

## NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately, unless the court has ordered a specific payment plan.. Make your check or money order payable to the US Clerk of Court. Mail the payment and the attached coupon in the enclosed envelope. You may also pay your debt with MasterCard or Visa charge cards. Contact the Financial Litigation Unit of the United States Attorney's office at the telephone number listed above for information about how to do this. When contacting the Financial Litigation Unit, state that you received this Notice of Intent to Offset.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

***Please detach and enclose bottom portion with payment*** **(Continued on Back)**

| | |
|---|---|
| PAY THIS AMOUNT | $6,895.56 |
| DATE PAYMENT DUE | December 23, 2005 |
| Payment must reach us by the **DATE PAYMENT DUE**, in order for payment to be applied before next billing cycle. | |
| USAO NUMBER | 1999Z00019/003 |
| NAME | Michael Amaral |
| PAYMENT PROGRAM CODE | VOLT |
| DISTRICT | RI |
| AGENCY CODE | ZCLK |
| AGENCY FILE NUMBER | 1:9800048-001 |
| AGENCY PROGRAM CODE | XTOP |

## United States Department of Justice Payment Coupon

**DO NOT SEND CASH. Make check or money order payable to US Clerk of Court.**

**ENCLOSE THIS COUPON TO GUARANTEE PROPER APPLICATION OF PAYMENT**

**US Clerk of Court**
**One Exchange Terrace**
**Providence, Rhode Island 02903**