UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

|  |  |
|---|---|
| v. | CR No. 98-48-T |
|  | CR No. 02-56-T |

MICHAEL AMARAL

### ORDER DENYING MOTION TO STAY ENFORCEMENT

Defendant's motion to stay enforcement of the fine resulting from his conviction in the matter of United States v. Michael Amaral, CR No. 98-48 is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: May 23 , 2006