UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 98-48-T
CR No. 02-56-T

MICHAEL AMARAL

**ORDER DENYING MOTION TO STAY ENFORCEMENT**

Defendant's motion to stay enforcement of the fine resulting from his conviction in the matter of United States v. Michael Amaral, CR No. 98-48 is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 23, 2006